[929 NE2d 403, 903 NYS2d 339]

NEAL FLOMENBAUM, Appellant, v NEW YORK UNIVERSITY, Respondent.

Decided June 3, 2010

**APPEARANCES OF COUNSEL**

*Foley & Lardner LLP*, New York City (*Barry G. Felder* of counsel), for appellant.

*Nancy Kilson*, New York City, for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs. Plaintiff failed to present sufficient evidence to raise a triable issue of fact regarding whether defendant New York University breached the parties' underlying contract (*Zuckerman v City of New York*, 49 NY2d 557, 560 [1980]). Plaintiff's remaining contentions lack merit.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.